# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:25-CR-00179-01/13-SRB |
| Plaintiff, | **COUNT ONE:** |
| v. | *Conspiracy to Distribute Controlled Substances* |
| URIEL LOPEZ-FARIAS, (01), [DOB: 09/16/1993], | 21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 846 NLT 10 Years' Imprisonment NMT Life Imprisonment NMT $10,000,000 fine |
| JESUS ADRIAN MEZA-MEZA, (02), [DOB: 01/05/1983], | NLT 5 Years' Supervised Release Class A Felony |
| WALTER FERNANDEZ, (03), [DOB: 06/25/1990], | 21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 846 NLT 5 Years' Imprisonment NMT 40 Years' Imprisonment |
| CARLOS R. LEPE-VIRGEN, (04), [DOB: 10/24/1972 or 10/24/1974 or 10/24/1979], | NMT $5,000,000 fine NLT 4 Years' Supervised Release Class B Felony |
| PEDRO IVAN ROLDAN-MINJARES, (05), [DOB: 08/28/1980 or 08/28/1986 or 10/28/1986], | **COUNTS TWO – NINE, ELEVEN, THIRTEEN, SIXTEEN, SEVENTEEN, NINETEEN, TWENTY-FOUR, TWENTY-FIVE, TWENTY-EIGHT – THIRTY, THIRTY-THREE – THIRTY-SEVEN:** |
| JOEL ARMANDO GUILLEN-RODRIGUEZ, (06), [DOB: 06/01/1994 or 01/16/1994], | *Distribution of Methamphetamine* 21 U.S.C. § 841(a)(1) and (b)(1)(A) NLT 10 Years' Imprisonment |
| JOSE RODRIGUEZ-VASQUEZ, (07), [DOB: 10/02/1980 or 10/02/1982], | NMT Life Imprisonment NMT $10,000,000 fine NLT 5 Years' Supervised Release |
| JOSE AROLDO TROCHES-REYES, (08), [DOB: 08/30/1991], | Class A Felony |
| ADALBERTO MEZA-MEZA, (09), [DOB: 01/01/1988], | **COUNT TWENTY-SEVEN:** *Distribution of Cocaine* 21 U.S.C. § 841(a)(1) and (b)(1)(B) NLT 5 Years' Imprisonment |
| MAXIMILIANO OLIVA-VERDIN, (10), [DOB: 12/29/1994], | NMT 40 Years' Imprisonment NMT $5,000,000 fine NLT 4 Years' Supervised Release Class B Felony |
| OSVALDO CHIAPAS-AGUILAR, (11), [DOB: 08/28/1986], | |

| | |
|---|---|
| JESUS ALVAREZ-GIRON, (12),<br>[DOB: 08/21/2001],<br><br>and<br><br>KENNETH BAEZ, (13),<br>[DOB: 05/13/2000],<br><br><br>Defendants. | **COUNTS TEN, TWELVE:**<br>*Distribution of Cocaine*<br>21 U.S.C. § 841(a)(1) and (b)(1)(C)<br>NMT 20 Years' Imprisonment<br>NMT $1,000,000 fine<br>NLT 3 Years' Supervised Release<br>Class C Felony<br><br>**COUNT TWENTY-SIX:**<br>*Attempted Distribution of Cocaine*<br>21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 846<br>NLT 5 Years' Imprisonment<br>NMT 40 Years' Imprisonment<br>NMT $5,000,000 fine<br>NLT 4 Years' Supervised Release<br>Class B Felony<br><br>**COUNTS FOURTEEN, FIFTEEN, EIGHTEEN, TWENTY-THREE:**<br>*Alien in Possession of a Firearm*<br>18 U.S.C. §§ 922(g)(1) and 924(a)(8)<br>NMT 15 Years' Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years' Supervised Release<br>Class C Felony<br><br>**COUNTS TWENTY-TWO, THIRTY-TWO:**<br>*Felon in Possession of a Firearm*<br>18 U.S.C. §§ 922(g)(1) and 924(a)(8)<br>NMT 15 Years' Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years' Supervised Release<br>Class C Felony<br><br>**COUNTS TWENTY, TWENTY-ONE, THIRTY-ONE:**<br>*Illegal Possession of a Machine Gun*<br>18 U.S.C. §§ 922(o) and 924(a)(2)<br>NMT 10 Years' Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years' Supervised Release<br>Class C Felony |

**COUNT THIRTY-EIGHT:**
*Reentry of Removed Alien*
8 U.S.C. § 1326(a) and (b)(1)
NMT 10 Years' Imprisonment
NMT $250,000 Fine
NMT 3 Years' Supervised Release
Class C Felony

**COUNTS THIRTY-NINE, FORTY:**
*Reentry of Removed Alien*
8 U.S.C. § 1326(a)
NMT 2 Years' Imprisonment
NMT $250,000 Fine
NMT 1 Year Supervised Release
Class E Felony

**FORFEITURE ALLEGATION**
21 U.S.C. § 853

$100 Special Assessment Each Count

| Defendant | Counts |
|---|---|
| Uriel Lopez-Farias, (01) | 1, 13, 15, 16, 17, 18, 20, 21, 23, 26, 27, 30, 37 |
| Jesus Adrian Meza-Meza, (02) | 1, 3, 6, 8, 13, 14, 16, 17, 30, 39 |
| Walter Fernandez, (03) | 1, 19, 28, 29, 33 |
| Carlos R. Lepe-Virgen, (04) | 1, 4, 5, 9, 10 |
| Pedro Ivan Roldan-Minjares, (05) | 1, 4, 5, 7, 9, 10, 11, 12, 19, 24, 25, 28, 29, 33, 34, 35, 38 |
| Joel Armando Guillen-Rodriguez, (06) | 1, 6, 8 |
| Jose Rodriguez-Vasquez, (07) | 1, 8, 16, 40 |
| Jose Aroldo Troches-Reyes, (08) | 1, 26 |
| Adalberto Meza-Meza, (09) | 1, 36 |
| Maximiliano Oliva-Verdin (10) | 1, 2 |
| Osvaldo Chiapas-Aguilar, (11) | 1, 24, 25 |
| Jesus Alvarez-Giron (12) | 1, 37 |
| Kenneth Baez, (13) | 20, 22, 31, 32 |

3

# I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

## COUNT ONE

### *Conspiracy to Distribute Controlled Substances*

Beginning on an unknown date, but no later than on or about January 31, 2024, and continuing through the date of Indictment, in the Western District of Missouri, and elsewhere, URIEL LOPEZ-FARIAS, JESUS ADRIAN MEZA-MEZA, WALTER FERNANDEZ, CARLOS R. LEPE-VIRGEN, PEDRO IVAN ROLDAN-MINJARES, JOEL ARMANDO GUILLEN-RODRIGUEZ, JOSE RODRIGUEZ-VASQUEZ, JOSE AROLDO TROCHES-REYES, ADALBERTO MEZA-MEZA, MAXIMILIANO OLIVA-VERDIN, OSVALDO CHIAPAS-AGUILAR, and JESUS ALVAREZ-GIRON, together with others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree to distribute controlled substances including 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, and/or 500 grams or more of a mixture or substance containing a detectable amount of cocaine, both Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), (B), and 846.

## COUNT TWO
### *Distribution of Methamphetamine*

On or about January 31, 2024, in the Western District of Missouri, MAXIMILIANO OLIVA-VERDIN, did knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

## COUNT THREE
*Distribution of Methamphetamine*

On or about February 26, 2024, in the Western District of Missouri, JESUS ADRIAN MEZA-MEZA did knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

## COUNT FOUR
*Distribution of Methamphetamine*

On or about April 10, 2024, in the Western District of Missouri, PEDRO IVAN ROLDAN-MINJARES and CARLOS R. LEPE-VIRGEN did knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

## COUNT FIVE
*Distribution of Methamphetamine*

On or about June 12, 2024, in the Western District of Missouri, PEDRO IVAN ROLDAN-MINJARES and CARLOS R. LEPE-VIRGEN did knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

## COUNT SIX
**(***Distribution of Methamphetamine***)**

On or about June 20, 2024, in the Western District of Missouri, JOEL ARMANDO GUILLEN-RODRIGUEZ and JESUS ADRIAN MEZA-MEZA did knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of

methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

## COUNT SEVEN
### *Distribution of Methamphetamine*

On or about July 19, 2024, in the Western District of Missouri, PEDRO IVAN ROLDAN-MINJARES did knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

## COUNT EIGHT
### *Distribution of Methamphetamine*

On or about July 30, 2024, in the Western District of Missouri, JOEL ARMANDO GUILLEN-RODRIGUEZ, JESUS ADRIAN MEZA-MEZA, and JOSE RODRIGUEZ-VASQUEZ, did knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

## COUNT NINE
### *Distribution of Methamphetamine*

On or about August 5, 2024, in the Western District of Missouri, PEDRO IVAN ROLDAN-MINJARES and CARLOS R. LEPE-VIRGEN, did knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

## COUNT TEN
*Distribution of Cocaine*

On or about August 5, 2024, in the Western District of Missouri, PEDRO IVAN ROLDAN-MINJARES and CARLOS R. LEPE-VIRGEN, did knowingly and intentionally distribute any amount of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT ELEVEN
*Distribution of Methamphetamine*

On or about August 21 through August 22, 2024, within the Western District of Missouri, PEDRO IVAN ROLDAN-MINJARES, did knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

## COUNT TWELVE
*Distribution of Cocaine*

On or about August 21, 2024, in the Western District of Missouri, PEDRO IVAN ROLDAN-MINJARES, did knowingly and intentionally distribute any amount of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT THIRTEEN
*Distribution of Methamphetamine*

On or about August 21, 2024, in the Western District of Missouri, JESUS ADRIAN MEZA-MEZA and URIEL LOPEZ-FARIAS, did knowingly and intentionally distribute 50 grams

or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

## COUNT FOURTEEN
*Alien in Possession of a Firearm*

On or about August 21, 2024, in the Western District of Missouri, JESUS ADRIAN MEZA-MEZA, knowing he was an alien illegally or unlawfully in the United States, did knowingly possess a firearm, to wit: a Micro Draco, pistol, 762 caliber, bearing serial number PMD-11964-19, which had been transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(8).

## COUNT FIFTEEN
*Alien in Possession of a Firearm*

On or about August 21, 2024, in the Western District of Missouri, URIEL LOPEZ-FARIAS, knowing he was an alien illegally or unlawfully in the United States, did knowingly possess firearms, to wit: a Zastava, PAP M92 PV, rifle, 762 caliber, bearing serial number M92PV066309 and a Century Arms, VSKA, rifle, 762 caliber, bearing serial number SV7080871, which had been transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(8).

## COUNT SIXTEEN
*Distribution of Methamphetamine*

On or about August 22, 2024, in the Western District of Missouri, JESUS ADRIAN MEZA-MEZA, URIEL LOPEZ-FARIAS, and JOSE RODRIGUEZ-VASQUEZ, did knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

8

Case 4:25-cr-00179-SRB    Document 2    Filed 06/11/25    Page 8 of 17

## COUNT SEVENTEEN
*Distribution of Methamphetamine*

On or about September 4, 2024, in the Western District of Missouri, JESUS ADRIAN MEZA-MEZA and URIEL LOPEZ-FARIAS, did knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

## COUNT EIGHTEEN
*Alien in Possession of a Firearm*

On or about September 4, 2024, in the Western District of Missouri, URIEL LOPEZ-FARIAS, knowing he was an alien illegally or unlawfully in the United States, did knowingly possess a firearm, to wit: a Glock, Model 26 Gen 4, 9-millimeter firearm, bearing serial number BKWU776, which had been transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(8).

## COUNT NINETEEN
*Distribution of Methamphetamine*

On or about September 11, 2024, in the Western District of Missouri, PEDRO IVAN ROLDAN-MINJARES and WALTER FERNANDEZ, did knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

## COUNT TWENTY
*Illegal Possession of a Machine Gun*

On or about September 19, 2024, in the Western District of Missouri, URIEL LOPEZ-FARIAS and KENNETH BAEZ, knowingly possessed a machinegun, to wit: a Glock, model 17

Gen 5, 9-millimeter firearm, bearing serial number BSWA231, converted to fully automatic by way of a machinegun conversion device, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

### COUNT TWENTY-ONE
*Illegal Possession of a Machine Gun*

On or about September 19, 2024, in the Western District of Missouri, URIEL LOPEZ-FARIAS, knowingly possessed a machinegun, to wit: a Glock, model 27, .40 caliber firearm, bearing serial number BZCV734, converted to fully automatic by way of a machinegun conversion device, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

### COUNT TWENTY-TWO
*Felon in Possession of a Firearm*

On or about September 19, 2024, in the Western District of Missouri, KENNETH BAEZ, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit, a Glock, model 17 Gen 5, 9-millimeter handgun, bearing serial number BSWA231, which had been transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

### COUNT TWENTY-THREE
*Alien in Possession of a Firearm*

On or about September 19, 2024, in the Western District of Missouri, URIEL LOPEZ-FARIAS, knowing he was an alien illegally or unlawfully in the United States, did knowingly possess firearms, to wit: a Glock, model 17 Gen 5, 9-millimeter firearm, bearing serial number BSWA231 and a Glock, model 27, .40 caliber firearm, bearing serial number BZCV734, which had been transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(8).

## COUNT TWENTY-FOUR
*Distribution of Methamphetamine*

On or about October 10, 2024, at approximately 7:00p.m., in the Western District of Missouri, PEDRO IVAN ROLDAN-MINJARES and OSVALDO CHIAPAS-AGUILAR, did knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

## COUNT TWENTY-FIVE
*Distribution of Methamphetamine*

On or about October 10, 2024, at approximately 8:15p.m., in the Western District of Missouri, PEDRO IVAN ROLDAN-MINJARES and OSVALDO CHIAPAS-AGUILAR, did knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

## COUNT TWENTY-SIX
*Attempted Distribution of Cocaine*

On or about October 10, 2024, in the Western District of Missouri, URIEL LOPEZ-FARIAS and JOSE AROLDO TROCHES-REYES, knowingly and intentionally attempted to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B), and 846.

## COUNT TWENTY-SEVEN
*Distribution of Cocaine*

On or about October 11, 2024, in the Western District of Missouri, the defendant, URIEL LOPEZ-FARIAS, did knowingly and intentionally distribute 500 grams or more of a mixture or

substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

## COUNT TWENTY-EIGHT
*Distribution of Methamphetamine*

On or about October 31, 2024, in the Western District of Missouri, PEDRO IVAN ROLDAN-MINJARES and WALTER FERNANDEZ, did knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

## COUNT TWENTY-NINE
*Distribution of Methamphetamine*

On or about November 13, 2024, in the Western District of Missouri, PEDRO IVAN ROLDAN-MINJARES and WALTER FERNANDEZ, did knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

## COUNT THIRTY
*Distribution of Methamphetamine*

On or about November 19, 2024, in the Western District of Missouri, JESUS ADRIAN MEZA-MEZA and URIEL LOPEZ-FARIAS, did knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

## COUNT THIRTY-ONE
*Illegal Possession of a Machine Gun*

On or about December 11, 2024, within the Western District of Missouri, the defendant, KENNETH BAEZ, knowingly possessed a machinegun, to wit: a Glock, model 19, 9-millimeter firearm, bearing serial number AFKF633, converted to fully automatic by way of a machinegun conversion device, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT THIRTY-TWO
*Felon in Possession of a Firearm*

On or about December 11, 2024, in the Western District of Missouri, KENNETH BAEZ, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, to wit, a Glock, model 19, 9-millimeter handgun, bearing serial number AFKF633 and a Smith & Wesson, model M&P-15, 5.56 NATO, bearing serial number TN75134, which had been transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT THIRTY-THREE
*Distribution of Methamphetamine*

On or about December 11, 2024, in the Western District of Missouri, PEDRO IVAN ROLDAN-MINJARES and WALTER FERNANDEZ, did knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

## COUNT THIRTY-FOUR
*Distribution of Methamphetamine*

On or about December 13, 2024, in the Western District of Missouri, PEDRO IVAN ROLDAN-MINJARES, did knowingly and intentionally distribute 500 grams or more of a mixture

or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

### COUNT THIRTY-FIVE
*Distribution of Methamphetamine*

On or about January 16, 2025, in the Western District of Missouri, PEDRO IVAN ROLDAN-MINJARES, did knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

### COUNT THIRTY-SIX
*Distribution of Methamphetamine*

On or about January 23, 2025, in the Western District of Missouri, ADALBERTO MEZA-MEZA, did knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

### COUNT THIRTY-SEVEN
*Distribution of Methamphetamine*

On or about May 13, 2025, in the Western District of Missouri, JESUS ALVAREZ-GIRON and URIEL LOPEZ-FARIAS, did knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

### COUNT THIRTY-EIGHT
*Reentry of a Removed Alien*

On or about April 10, 2024, in the Western District of Missouri, PEDRO IVAN ROLDAN-MINJARES, an alien, was found in the United States after having been denied admission,

excluded, deported and removed therefrom at or near Brownsville, Texas on or about January 3, 2019, and not having obtained the express consent of Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Sections 1326(a) and enhanced by 1326(b)(1).

## COUNT THIRTY-NINE
*Reentry of a Removed Alien*

On or about August 21, 2024, in the Western District of Missouri, JESUS ADRIAN MEZA-MEZA, an alien, was found in the United States after having been denied admission, excluded, deported, and removed therefrom at or near San Ysidro, California on or about January 13, 2015, and not having obtained the express consent of Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

## COUNT FORTY
*Reentry of a Removed Alien*

On or about September 26, 2024, in the Western District of Missouri, JOSE RODRIGUEZ-VASQUEZ, an alien, was found in the United States after having been denied admission, excluded, deported, and removed therefrom at or near Hidalgo, Texas on or about February 13, 2019, and not having obtained the express consent of Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

## FORFEITURE ALLEGATION

The allegations contained in Count One of this Indictment are realleged and incorporated by reference for the purpose of alleging a forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

Upon conviction of the controlled substance offense alleged in Count One of this Indictment, the defendants, URIEL LOPEZ-FARIAS, JESUS ADRIAN MEZA-MEZA, WALTER FERNANDEZ, CARLOS R. LEPE-VIRGEN, PEDRO IVAN ROLDAN-MINJARES, JOEL ARMANDO GUILLEN-RODRIGUEZ, JOSE RODRIGUEZ-VASQUEZ, JOSE AROLDO TROCHES-REYES, ADALBERTO MEZA-MEZA, MAXIMILIANO OLIVA-VERDIN, OSVALDO CHIAPAS-AGUILAR, and JESUS ALVAREZ-GIRON, shall forfeit to the United States all property, real and personal, constituting, or derived from, proceeds obtained, directly and indirectly, as a result of the violations incorporated by reference in this Allegation and all property used, or intended to be used, in any manner or part, to commit, and to facilitate the commission of the violations alleged in Count One of this Indictment, including, but not necessarily limited to the following: a money judgment representing all proceeds the defendants obtained directly and indirectly as a result of their participation in the drug conspiracy alleged in Count One.

## **SUBSTITUTE ASSETS**

If any of the property described in the Forfeiture Allegation above, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 21, United States Code, Section 853, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

June 11, 2025
DATE

*SIGNATURE ON FILE WITH USAO*
FOREPERSON OF THE GRAND JURY

*/s/Megan A. Baker*
Megan A. Baker
Heather Siegele
Assistant United States Attorneys
Violent Crime & Drug Trafficking Unit
Western District of Missouri