# CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**  |  **Matter to be Sealed**
☒ Secret Indictment
☐ Juvenile

Jackson / Western

**Defendant Information**

Defendant Name: Maximiliano Oliva-Verdin

Alias Name:

Birth Date: 12/29/1994

**Related Case Information**

Superseding Information/Indictment? ☐ Yes ☒ No   If yes, original case number: N/A
New Defendant(s)? ☒ Yes ☐ No
Prior Complaint Case Number, if any: N/A
Prior Target Letter Case Number, if any: N/A

**U.S. Attorney Information**

(S)AUSA Baker, Megan A.

**Interpreter Needed?**

☒ Yes   Language and/or Dialect: Spanish
☐ No

**Location Status**

Arrest Date: _____

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

**Writ Required?** ☐ Yes ☒ No
**Warrant Required?** ☒ Yes ☐ No

**U.S.C. Citations**

Total # of Counts: 2

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 21:841A=CD.F CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE | 1 |
| 2 | 21:841A=CD.F CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE | 2 |
| 3 | | |
| 4 | | |

(May be continued on reverse)

revised: 01/08/2025

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | | |
| 39 | | |
| 40 | | |
| 41 | | |
| 42 | | |
| 43 | | |
| 44 | | |
| 45 | | |
| 46 | | |